PEOPLE ex rel. LYON v. NELSON et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Proceeding by the People of the State of New York, on the relation of E. De Votte Lyon, against Thomas Nelson and others, as the Board of Trustees of the Village of Peekskill, and Albert E. Cruger, as Clerk of said Village. No opinion. Motion

for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Stapleton. For former opinion, see 146 N. Y. Supp. 1035.